# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Viola B. Spaulding Trust; Florence Spaulding, Lynn Spaulding, Tina Spaulding Ward, Conservatorship of Eileen Spaulding<br><br>v.<br><br>York Cleaners, Inc., Estate of Barnard Lewis, Deceased, David Victor Lewis, One-Hour Martinizing, Seth R. Dole, and Ruth Dole | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>CV 08 0672 <br><br>**CRB** |

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bret A. Stone (State Bar No. 190161)
John R. Till (State Bar No. 178763)
Paladin Law Group LLP
3757 State Street, Suite 201
Santa Barbara, California 93105
Telephone: (805) 898-9700
Facsimile: (805) 880-0499

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JAN 2 8 2008

MARY ANN BUCKLEY

(BY) DEPUTY CLERK