# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

Estate of Viola B. Spaulding Trust; Florence Spaulding, Lynn Spaulding, Tina Spaulding Ward, Conservatorship of Eileen Spaulding

v.

York Cleaners, Inc., Estate of Barnard Lewis, Deceased, David Victor Lewis, Martin Franchises, Inc., Seth R. Dole, and Ruth Dole

AMENDED COMPLAINT
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 08-00672 CRB

TO: (Name and address of defendant)

York Cleaners, Inc., Estate of Barnard Lewis, Deceased, and David Victor Lewis, 57 Washington Street Novato, CA 94947

Martin Franchises, Inc., c/o CT Corporation, 818 West Seventh Street, Los Angeles, CA 90017

Seth R. Dole, and Ruth Dole

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bret A. Stone (State Bar No. 190161)
John R. Till (State Bar No. 178763)
Paladin Law Group LLP
3757 State Street, Suite 201
Santa Barbara, California 93105
Telephone: (805) 898-9700
Facsimile: (805) 880-0499

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 0 1 2008
DATE_____

(BY) DEPUTY CLERK
MARIA LOO