AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Estate of Viola B. Spaulding Trust, et al. | ) | THIRD-PARTY COMPLAINT |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:08-cv-00672-CRB |
| York Cleaners, et al. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: Attys. for Estate of Viola B. Spaulding Trust, et al.
         *(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the third-party plaintiff an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the third-party plaintiff's attorney, whose name and address are:

Robert N. Berg, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, CA 94105

Phone: 415-781-7900
Facsimile: 415-781-2635

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file your answer or motion with the court.

Date: April 3, 2008

Richard W. Wieking
Name of clerk of court

Karen L. Hom
Deputy clerk's signature
KAREN L. HOM

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address