AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2/8/08 |
| Name of SERVER Glen Alberigi | TITLE Owner Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: DAVID VICTOR LEWIS YORK CLEANERS INC. 2/8/08 4:10 PM 57 WASHINGTON STREET NOVATO CALIFORNIA 94947

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $125.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/3/08
                 Date

Signature of Server

Address of Server

Glen Alberigi #144
Registered Process Server
530 Alameda del Prado #202
Novato, CA 94949 Marin County
(415) 382-9100

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2/8/08 |
| Name of SERVER Glen Alberigi | TITLE Owner Process Server |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: DAVID VICTOR LEWIS ON: 2/8/08 4:10PM 57 WASHINGTON STREET NOVATO CALIFORNIA 94947

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $125.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/3/08
              Date

Signature of Server  Glen Alberigi

Address of Server

Glen Alberigi #144
Registered Process Server
530 Alameda del Prado #202
Novato, CA 94949  Marin County
(415) 382-9100

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 2/8/08

Name of SERVER: Glen Alberigi

TITLE: Owner Process Server

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: DAVID VICTOR LEWIS, ESTATE OF BARNARD LEWIS DECEASED. 2/8/08 4:10 PM 57 WASHINGTON STREET NOVATO CALIFORNIA 94947

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $125.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/3/08

Signature of Server: Glen Alberigi

Address of Server:
Glen Alberigi #144
Registered Process Server
530 Alameda del Prado #302
Novato, CA 94949  Marin County
(415) 382-9100

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure