1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   ROBERT BERG  Bar No. 099319
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff,
   MARTIN FRANCHISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VIOLA B. SPAULDING; FLORENCE SPAULDING, trustee; LYNN SPAULDING, doing business as Spaulding Enterprises; and TINA SPAULDING WARD, doing business as Spaulding Enterprises, THE CONSERVATORSHIP OF EILEEN SPAULDING, <br><br> Plaintiffs, <br><br> v. <br><br> YORK CLEANERS, INC., a dissolved California corporation; ESTATE OF BARNARD LEWIS, DECEASED; DAVID VICTOR LEWIS, an individual; MARTIN FRANCHISES, INC., an Ohio corporation; SETH R. DOLE, an individual; and RUTH DOLE, an individual; and DOES 1 through 100, <br><br> Defendants. | CASE NO. C08-00672 CRB <br><br> **ADR CERTIFICATION (ADR L.R. 3-56) BY DEFENDANT AND THIRD-PARTY PLAINTIFF MARTIN FRANCHISES, INC.** |
| MARTIN FRANCHISES, INC., an Ohio corporation <br><br> Third-Party Plaintiff <br><br> v. <br><br> COOPER INDUSTRIES, LTD., <br><br> Third-Party Defendant, a Texas corporation. | |

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certified
2  that he or she has:
3    (1)    Read the handbook entitled *"Dispute Resolution Procedures in the Northern*
4  *District of California"* on the Court's ADR Internet site www.adr.cand.us.courts.gov (*Limited*
5  *printed copies are available from the clerk's office for parties in cases not subject to the*
6  *court'sElectronic Case Filing program (ECF) under General Order 45);*
7    (2)    Discussed the available dispute resolution options provided by the Court and
8  private entities; and
9    (3)    Considered whether this case might benefit from any of the Available dispute
10 resolution options.

11
12 Dated: *April 25, 2008*                    *[signature]*
                                              Martin Franchises Inc.
13                                                              [Party]

14
   Dated: 4-25-08                             *[signature]*
15                                                              [Counsel]

16
17 Dated: _____              _____
                                                                [Party]
18

19
   Dated: _____              _____
20                                                              [Counsel]

21
22
23
24
25
26
27
28

ADR CERTIFICATION BY PARTIES AND COUNSEL