**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Estate of Viola B. Spaulding, | 08-00672 CRB MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| York Cleaners, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Daniel Bowling**
US District Court - ADR Unit
450 Golden Gate Ave., 16th Fl.
San Francisco, CA 94102
415-522-2022
Daniel_Bowling@cand.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00672 CRB MED                                  - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: May 12, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov