**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 16, 2008**

**C-08-00672CRB**

**ESTATE OF VIOLA B. SPAULDING v. YORK CLEANERS INC**

| Attorneys: | Bret Stone | Craig Poulos |
|---|---|---|
| | | Courtney Crawford |

Deputy Clerk: **BARBARA ESPINOZA**            Reporter: **Not Reported**

**PROCEEDINGS:**                                                         **RULING:**

1. Initial Case Management Conference - Held

2. 

3. 

**ORDERED AFTER HEARING:**

The Court issues a stay as to discovery. All other deadlines are continued - mediation continued 90 days.

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO August 22, 2008 @ 10:00 a.m. for Further Case Management Conference

Discovery Cut-Off ____                              Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                 Deft to Name Experts by ____
P/T Conference Date ____      Trial Date ____      Set for ____ days
                    Type of Trial: ( )Jury   ( )Court

Notes: ____