SEDGWICK, DETERT, MORAN & ARNOLD LLP
ROBERT N. BERG Bar No. 099319
robert.berg@sdma.com
MATTHEW G. DUDLEY Bar No. 179022
matthew.dudley@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff
MARTIN FRANCHISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VIOLA B. SPAULDING; FLORENCE SPAULDING, trustee; LYNN SPAULDING, doing business as Spaulding Enterprises; and TINA SPAULDING WARD, doing business as Spaulding Enterprises, THE CONSERVATORSHIP OF EILEEN SPAULDING,<br><br>Plaintiffs,<br><br>v.<br><br>YORK CLEANERS, INC., a dissolved California corporation; ESTATE OF BARNARD LEWIS, DECEASED; DAVID VICTOR LEWIS, an individual; MARTIN FRANCHISES, INC., an Ohio corporation; SETH R. DOLE, an individual; and RUTH DOLE, an individual; and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 08-00672 CRB<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

**PLEASE TAKE NOTICE** that Matthew G. Dudley (California State Bar No. 179022) of the law firm of Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower,

8th Floor, San Francisco, California 94105; (415) 781-7900 (telephone); (415) 781-2635 (facsimile); matthew.dudley**@sdma.com** (e-mail); represents and hereby enters his appearance as an additional attorney to be noticed as counsel for defendant, counter-claimant and third-party plaintiff MARTIN FRANCHISES, INC., in this action.

Dated: May 22, 2008

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: *_/s/ Matthew G. Dudley_*
Matthew G. Dudley

Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff MARTIN FRANCHISES, INC.