**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 22, 2008**

**C-08-00672** CRB

**ESTATE OF VIOLA B. SPAULDING  v.  YORK CLEANERS INC**

| Attorneys: | Bret Stone | Courtney Crawford, Greg Poulos |
|---|---|---|
| | | Matthew Dudley |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                  **RULING:**

1. Further Case Management Conference  -  Held

2. 

3. 

**ORDERED AFTER HEARING:**

Counsel to report to the Court the efforts being made in private mediation in letter form by 9/19/2008.

Discovery is open but no discovery is to be done until after the initial meeting with the mediator.

(  ) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court ____

(  ) Referred to Magistrate Judge for: ____

(X ) CASE CONTINUED TO  December 05, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off ____                              Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                Deft to Name Experts by ____
P/T Conference Date  not set   Trial Date August 10, 2009 @ 8:30 Set for ____ days
                         Type of Trial:  (X)Jury    (  )Court

Notes: ____