Bret A. Stone (State Bar No. 190161)
John R. Till (State Bar No. 178763)
PALADIN LAW GROUP® LLP
3757 State Street, Suite 201
Santa Barbara, California 93105
Telephone: (805) 898-9700
Facsimile: (805) 880-0499

*Counsel for Spaulding*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VIOLA B. SPAULDING, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>YORK CLEANERS, INC., *et al.*<br><br>    *Defendants.* | Case No. C 08-00672<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE VACATION OF REFERRAL TO COURT CONNECTED MEDIATION |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS | |

WHEREAS the parties to this action were initially ordered to mediation through the Court's ADR program.

WHEREAS at the case management conference the Court suggested that the parties use a private mediator experienced in environmental matters.

WHEREAS the parties have retained Lester Levy of JAMS as a private mediator as reported to the Court in a letter dated September 19, 2008.

WHEREAS the parties will engage in mediation with Mr. Levy on December 3, 2008.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, THAT:

1.  The parties will proceed with private ADR in lieu of the Court's ADR

program and should be removed from the Court ADR program docket.

IT IS SO STIPULATED:

DATED: October 8, 2008      PALADIN LAW GROUP® LLP

By: /S/
Bret A. Stone
Counsel for Spaulding

DATED: October 8, 2008      COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP

By: /S/
Gregory W. Poulos
Counsel for David Victor Lewis and York Cleaners, Inc.

DATED: October 8, 2008      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /S/
Robert N. Berg
Counsel for Martin Franchises, Inc.

DATED: October 8, 2008      GORDON & REES LLP

By: /S/
P. Gerhardt Zacher
Counsel for Cooper Industries, LLC

IT IS SO ORDERED, ADJUDGED AND DECREED:

DATED: October 10, 2008

_____
United States District

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

