SEDGWICK, DETERT, MORAN & ARNOLD LLP
ROBERT N. BERG  Bar No. 099319
MATTHEW G. DUDLEY  Bar No. 179022
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
robert.berg@sdma.com
matthew.dudley@sdma.com

Attorneys for Defendant
MARTIN FRANCHISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VIOLA B. SPAULDING; FLORENCE SPAULDING, trustee; LYNN SPAULDING, doing business as Spaulding Enterprises; and TINA SPAULDING WARD, doing business as SPAULDING WARD, doing business as Spaulding Enterprises, THE CONSERVATORSHIP OF EILEEN SPAULDING, <br><br> Plaintiffs, <br><br> v. <br><br> YORK CLEANERS, INC., a dissolved California corporation; ESTATE OF BARNARD LEWIS, deceased; DAVID VICTOR LEWIS, an individual; MARTIN FRANCHISES, INC., an Ohio corporation; SETH R. DOLE, an individual; and RUTH DOLE, an individual; and DOES 1 through 100, <br><br> Defendants. <br><br> AND RELATED ACTIONS | CASE NO. C 08-00672 CRB <br><br> **STIPULATION TO EXTEND TIME FOR MARTIN FRANCHISES, INC. TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Pursuant to the authority of Local Rule 6-1(a), plaintiffs ESTATE OF VIOLA B.

SPAULDING; FLORENCE SPAULDING, trustee; LYNN SPAULDING, doing business as

Spaulding Enterprises; and TINA SPAULDING WARD, doing business as SPAULDING

1  WARD, doing business as Spaulding Enterprises, THE CONSERVATORSHIP OF EILEEN
2  SPAULDING and defendant MARTIN FRANCHISES, INC., hereby stipulate and agree that
3  MARTIN FRANCHISES, INC. will have until January 22, 2009 to file and serve its response to
4  the Second Amended Complaint.

5  IT IS SO STIPULATED:

6  DATED:                                    PALADIN LAW GROUP LLP

8  By: /s/ Brett A. Stone
9  Brett A. Stone
   Attorneys for Plaintiffs
10 ESTATE OF VIOLA B. SPAULDING; FLORENCE
   SPAULDING, trustee; LYNN SPAULDING, doing
11 business as Spaulding Enterprises; and TINA
   SPAULDING WARD, doing business as SPAULDING
12 WARD, doing business as Spaulding Enterprises, THE
   CONSERVATORSHIP OF EILEEN SPAULDING

14 DATED:                                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

16 By:_____
17 Robert Berg
   Matthew G. Dudley
18 Attorneys for Defendant
   Martin Franchises, Inc.

1  WARD, doing business as Spaulding Enterprises, THE CONSERVATORSHIP OF EILEEN
2  SPAULDING and defendant MARTIN FRANCHISES, INC., hereby stipulate and agree that
3  MARTIN FRANCHISES, INC. will have until January 22, 2009 to file and serve its response to
4  the Second Amended Complaint.
5      IT IS SO STIPULATED:
6  DATED:                              PALADIN LAW GROUP LLP

By: _____
Bret A. Stone
Attorneys for Plaintiffs
ESTATE OF VIOLA B. SPAULDING; FLORENCE
SPAULDING, trustee; LYNN SPAULDING, doing
business as Spaulding Enterprises; and TINA
SPAULDING WARD, doing business as SPAULDING
WARD, doing business as Spaulding Enterprises, THE
CONSERVATORSHIP OF EILEEN SPAULDING

DATED: 1/8/09                        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Robert Berg
Matthew G. Dudley
Attorneys for Defendant
Martin Franchises, Inc.

Signed: January 8, 2009

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA