IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VIOLA B. SPAULDING, et al., | No. C 08-00672 CRB |
| Plaintiffs, | **ORDER RE ATTENDANCE AT FURTHER MEDIATION SESSION** |
| v. | |
| YORK CLEANERS INC., et al., | |
| Defendants. | |

A further mediation session will be held at 9:00 am, on Friday, January 23, 2008, at the offices of JAMS, 2 Embarcadero Center, Suite 1500, San Francisco, CA 94111, before Lester J. Levy, mediator.

The following persons must attend in person: Counsel for each party, a party representative with complete settlement authority, and a representative with complete settlement authority for every insurance company that insures, or is purported to have provided relevant insurance to, any party. Counsel for each party must report the names of each of its own party and insurance representative attendees to Mr. Levy no later than 3 pm on Tuesday, January 20, 2008. Personal appearances at the mediation are mandatory, unless excused for good cause by Mr. Levy.

//

//

The costs of the continued mediation will be borne in equal 25% shares by the Spaulding parties, the York Cleaners/Lewis parties, Cooper Industries, LLC, and Martin Franchises, Inc.

**IT IS SO ORDERED.**



Dated: Jan. 15, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE