SEDGWICK, DETERT, MORAN & ARNOLD LLP
ROBERT N. BERG  Bar No. 099319
MATTHEW G. DUDLEY  Bar No. 179022
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
robert.berg@sdma.com
matthew.dudley@sdma.com

Attorneys for Defendant
MARTIN FRANCHISES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VIOLA B. SPAULDING; FLORENCE SPAULDING, trustee; LYNN SPAULDING, doing business as Spaulding Enterprises; and TINA SPAULDING WARD, doing business as SPAULDING WARD, doing business as Spaulding Enterprises, THE CONSERVATORSHIP OF EILEEN SPAULDING,<br><br>Plaintiffs,<br><br>v.<br><br>YORK CLEANERS, INC., a dissolved California corporation; ESTATE OF BARNARD LEWIS, deceased; DAVID VICTOR LEWIS, an individual; MARTIN FRANCHISES, INC., an Ohio corporation; SETH R. DOLE, an individual; and RUTH DOLE, an individual; and DOES 1 through 100,<br><br>Defendants.<br><br>AND RELATED ACTIONS | CASE NO. C 08-00672 CRB<br><br>**REVISED STIPULATION TO EXTEND TIME FOR MARTIN FRANCHISES, INC. TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |

Pursuant to the authority of Local Rule 6-1(a), plaintiffs ESTATE OF VIOLA B. SPAULDING; FLORENCE SPAULDING, trustee; LYNN SPAULDING, doing business as Spaulding Enterprises; and TINA SPAULDING WARD, doing business as SPAULDING

1  WARD, doing business as Spaulding Enterprises, THE CONSERVATORSHIP OF EILEEN
2  SPAULDING and defendant MARTIN FRANCHISES, INC., hereby stipulate and agree that
3  MARTIN FRANCHISES, INC. current deadline of January 22, 2009 to file and serve its
4  response to the Second Amended Complaint, shall be extended to February 13, 2009.

IT IS SO STIPULATED:

DATED:                              PALADIN LAW GROUP LLP

By: _____
Bret A. Stone
Attorneys for Plaintiffs
ESTATE OF VIOLA B. SPAULDING; FLORENCE SPAULDING, trustee; LYNN SPAULDING, doing business as Spaulding Enterprises; and TINA SPAULDING WARD, doing business as SPAULDING WARD, doing business as Spaulding Enterprises, THE CONSERVATORSHIP OF EILEEN SPAULDING

DATED: 1/21/09                      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Robert Berg
Matthew G. Dudley
Attorneys for Defendant
Martin Franchises, Inc.



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF/1562160v1