COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Gregory W. Poulos (SBN 131428)
Courtney M. Crawford (SBN 242567)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant
DAVID VICTOR LEWIS, an individual
YORK CLEANERS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VIOLA B. SPAULDING; FLORENCE SPAULDING, trustee; LYNN SPAULDING, doing business as Spaulding Enterprises; and TINA SPAULDING WARD, doing business as Spaulding Enterprises, THE CONSERVATORSHIP OF EILEEN SPAULDING,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>YORK CLEANERS, INC., a dissolved California Corporation; ESTATE OF BARNARD LEWIS, DECEASED; DAVID VICTOR LEWIS, an individual; MARTIN FRANCHISES, INC., an Ohio corporation; SETH R. DOLE, an individual; and DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No.: C 08-00672 CRB<br><br>**STIPULATION AND ORDER FOR FILING OF THIRD PARTY COMPLAINTS / FRCP 14(a)** |

**IT IS HEREBY STIPULATED** by and between the undersigned parties that

defendants shall have the right to file a third party complaint under Rule 14(a) of the

Federal

///

///

///

1  Rules of Civil Procedure without further leave of court up to and including February 13,
2  2009.

3  **SO STIPULATED.**

4  Dated: January 16, 2009

   COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
   Attorneys for Defendant
   DAVID VICTOR LEWIS, an individual and YORK CLEANERS, INC.

   By _____
   Gregory W. Poulos

11 Dated: January 16, 2009

   Gordon & Rees, LLP
   Attorneys for Defendant
   Cooper Industries

   By _____
   Kristin Reyna

16 Dated: January 16, 2009

   Sedgwick Detert Moran & Arnold LLP
   Attorneys for Defendant
   Martin Franchises, Inc.

   By _____
   Matthew D. Dudley

20 Dated: January 16, 2009

   Paladin Law Group LLP
   Attorneys for Plaintiffs
   Lynn Spaulding, et al.

   By _____
   Brett A. Stone
   John R. Till

26 ///
27 ///
28 ///

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

LEWIS.York

-2-                                Case No.: C 08-00672 CRB
STIPULATION FOR FILING THIRD PARTY COMPLAINT / FRCP 14(a)

1 | Rules of Civil Procedure without further leave of court up to and including February
2 | 13, 2009.
3 | **SO STIPULATED.**

4 | Dated: January 15, 2009

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
Attorneys for Defendant
DAVID VICTOR LEWIS, an individual
and YORK CLEANERS, INC.

By _____
Gregory W. Poulos

9 | Dated: January 16, 2009

Gordon & Rees, LLP
Attorneys for Defendant
Cooper Industries

By _____
Kristin Reyna

14 | Dated: January 16, 2009

Sedgwick Detert Moran & Arnold LLP
Attorneys for Defendant
Martin Franchises, Inc.

By ___/s/_____
Matthew D. Dudley

19 | Dated: January 16, 2009

Paladin Law Group LLP
Attorneys for Plaintiffs
Lynn Spaulding, et al.

By __John R. Till_____
Brett A. Stone
John R. Till

*Digitally signed by John R. Till, Paladin Law Group, LLP, email=jtill@paladinlaw.com, Date: 2009.01.16 13:25:49 -08'00'*

**IT IS SO ORDERED.**

Dated: January 05, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
100 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

LEWIS.York

-2-

STIPULATION FOR FILING THIRD PARTY COMPLAINT / FRCP 14(a)

Case No.: C 08-00672 CRB