WILLIAM D. WICK (State Bar No. 063462)
*bwick@ww-envlaw.com*
ANNA NGUYEN (State Bar. No. 226829)
*anguyen@ww-envlaw.com*
WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612
Telephone:   (510) 465-5750
Facsimile:   (510) 465-5697

Attorneys for Third-Party Defendants
AUGUSTINE J. CHANG and YOUNG CHANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VIOLA B. SPAULDING; et al.<br><br>Plaintiffs,<br><br>v.<br><br>YORK CLEANERS, INC., a dissolved corporation; et al.<br><br>Defendants.<br><br>and RELATED THIRD-PARTY CLAIMS | Case No. C 08-00672 CRB<br><br>ORDER<br><br>**STIPULATION TO EXTEND TIME FOR AUGUSTINE J. CHANG AND YOUNG CHANG TO ANSWER OR OTHERWISE RESPOND TO THIRD-PARTY COMPLAINTS** |

Third-Party Defendants AUGUSTINE J. CHANG and YOUNG CHANG ("Third-Party Defendants") and Defendants and Third-Party Plaintiffs YORK CLEANERS, INC., a dissolved corporation, DAVID VICTOR LEWIS, an individual, and COOPER INDUSTRIES, LLC (collectively, "Third-Party Plaintiffs") hereby stipulate, in accordance with Local Rule 6-1(a), that the time for Third-Party Defendants to answer or otherwise respond to the Third-Party Complaints filed by Third-Party Plaintiffs shall be extended to April 15, 2009.

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-1-

STIPULATION TO EXTEND TIME FOR AUGUSTIBE J. CHANG AND YOUNG CHANG TO ANSWER OR
OTHERWISE RESPOND TO THIRD PARTY COMPLAINTS -- NO. C 08-00672 CRB

1  This stipulation extends by 30 days the time to answer or otherwise respond to
2  the COOPER INDUSTRIES, LLC Third-Party Complaint and by 25 days the time to answer
3  or otherwise respond to the Third-Party Complaint of YORK CLEANERS, INC., a dissolved
4  corporation, and DAVID VICTOR LEWIS.

5  This extension will enable recently-retained counsel for Third-Party Defendants to
6  confer with his clients and obtain relevant information prior to responding, and it will not
7  alter the date of any event or any deadline already fixed by Court order.

9  DATED: March 12, 2009        WACTOR & WICK LLP

12                               By _____
                                    WILLIAM D. WICK

13                               Attorneys for Third-Party Defendants
                                 AUGUSTINE J. CHANG and YOUNG CHANG

16  DATED: March 12, 2009        GORDON & REES LLP

18                               By _____Matthew P. Nugent_____

20                               Attorneys for Third-Party Plaintiff
                                 COOPER INDUSTRIES, LLC

22  DATED: March ___, 2009       COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

25                               By _____
                                    GREGORY W. POULOS

26                               Attorneys for Third-Party Plaintiffs
                                 YORK CLEANERS, INC. and DAVID VICTOR LEWIS

WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland, CA 94612

-2-
STIPULATION TO EXTEND TIME FOR AUGUSTIBE J. CHANG AND YOUNG CHANG TO ANSWER OR
OTHERWISE RESPOND TO THIRD PARTY COMPLAINTS -- NO. C 08-00672 CRB

This stipulation extends by 30 days the time to answer or otherwise respond to the COOPER INDUSTRIES, LLC Third-Party Complaint and by 25 days the time to answer or otherwise respond to the Third-Party Complaint of YORK CLEANERS, INC., a dissolved corporation, and DAVID VICTOR LEWIS.

This extension will enable recently-retained counsel for Third-Party Defendants to confer with his clients and obtain relevant information prior to responding, and it will not alter the date of any event or any deadline already fixed by Court order.

DATED: March 12, 2009     WACTOR & WICK LLP

By _____
WILLIAM D. WICK

Attorneys for Third-Party Defendants
AUGUSTINE J. CHANG and YOUNG CHANG

DATED: March ___, 2009     GORDON & REES LLP

By _____

Attorneys for Third-Party Plaintiff
COOPER INDUSTRIES, LLC

DATED: March 13, 2009     COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

DATED: 3/20/09

By _____
GREGORY W. POULOS

Attorneys for Third-Party Plaintiffs
YORK CLEANERS, INC. and DAVID VICTOR LEWIS

IT IS SO ORDERED
Judge Charles R. Breyer