Bret A. Stone (State Bar No. 190161)
John R. Till (State Bar No. 178763)
PALADIN LAW GROUP® LLP
3757 State Street, Suite 201
Santa Barbara, California  93105
Telephone:  (805) 898-9700
Facsimile:   (805) 880-0499

*Counsel for Spaulding*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VIOLA B. SPAULDING, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>YORK CLEANERS, INC., *et al.*<br><br>    *Defendants.* | Case No. C 08-00672<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS | |

WHEREAS the parties to this action are scheduled to appear before the court for a case management conference on April 3, 2009.

WHEREAS the Court's calendar indicates it is unavailable on April 3, 2009.

WHEREAS a motion is in this case is set to be heard on April 17, 2009.

WHEREAS in the interest of judicial efficiency and conservation of legal resources the parties agree to continue the case management conference currently scheduled for April 3, 2009.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, THAT:

1. The case management conference in this matter currently set for April 3, 2009, is hereby continued to April 17, 2009 at 8:30 a.m. in Courtroom 8, or at such other

date and time as the Court may determine.

IT IS SO STIPULATED:

DATED: March 24, 2009				PALADIN LAW GROUP® LLP


						By:      /S/
						Bret A. Stone
						Counsel for Spaulding


DATED: March 24, 2009				COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP


						By:      /S/
						Courtney Crawford
						Counsel for David Victor Lewis and York Cleaners, Inc.


DATED: March 24, 2009				SEDGWICK, DETERT, MORAN & ARNOLD LLP


						By:      /S/
						Matthew Dudley
						Counsel for Martin Franchises, Inc.

DATED: March 24, 2009				GORDON & REES LLP


						By:      /S/
						Matthew Nugent
						Counsel for Cooper Industries, LLC


IT IS SO ORDERED, ADJUDGED AND DECREED:

DATED:   March 25, 2009

						_____
						United States District Judge Charles R. Breyer

*IT IS SO ORDERED*

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE