1    Bret A. Stone (State Bar No. 190161)
John R. Till (State Bar No. 178763)

2    PALADIN LAW GROUP® LLP
3757 State Street, Suite 201

3    Santa Barbara, California  93105
Telephone:  (805) 898-9700

4    Facsimile:   (805) 880-0499

5    *Counsel for Spaulding*

6

           **IN THE UNITED STATES DISTRICT COURT**

7

         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9    ESTATE OF VIOLA B. SPAULDING, *et al.*,

10    *Plaintiffs,*

11    *v.*

12    YORK CLEANERS, INC., *et al.*

13    *Defendants.*

| | |
|---|---|
| Case No. C 08-00672 | |
| [~~PROPOSED~~] ORDER RE GOOD FAITH SETTLEMENT DETERMINATION AS TO MARTIN FRANCHISES, INC. AND ESTABLISHMENT OF THE MILLER AVENUE REMEDIATION TRUST | |
| Hearing: | |
| April 17, 2009 | |
| 10:00 a.m. | |
| Court Rm. 8 on the 19th Floor | |
| Hon. Charles R. Breyer | |

14

15

16    AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY

17    CLAIMS

18

19         Plaintiffs and Counter-Defendants the Estate of Viola B. Spaulding, Florence Spaulding, Lynn

20    Spaulding doing business as Spaulding Enterprizes, Tina Spaulding Ward doing business as Spaulding

21    Enterprizes, and the Conservatorship of Eileen Spaulding's (collectively, "Spaulding") Motion for

22    Good Faith Settlement Determination and Establishment of the Miller Avenue Remediation Trust came

23    on regularly for hearing by this Court on April 17, 2009, in Courtroom 8, before the Honorable Charles

24    R. Breyer.  After full consideration of the papers submitted, the oral representations of all interested

25    parties and good cause appearing therefore, the motion is GRANTED as set forth below:

26         1.      The Court finds and determines that the settlement has been entered into in good faith

27    within the meaning of Sections 877 and 877.6 of the California Code of Civil Procedure and is hereby

28

1   approved as a good faith settlement.

2       2.      Section 4 of the Uniform Comparative Fault Act ("UCATA"), §§ 1-9, 12 U.L.A. 63-107

3   (1996), in pertinent part, is hereby adopted as the federal and state common law in this case for the

4   purpose of determining the legal effect of the settlement on non-settling entities.

5       3.      The Court finds that the second amended complaint, third party complaints, and answers

6   assert claims for contribution and indemnity as to Martin Franchises, Inc., either directly or through

7   alternative theories seeking damages for the environmental contamination.

8       4.      Consistent with Sections 877 and 877.6 of the California Code of Civil Procedure and

9   Section 4 of the UCATA, all claims herein for contribution and indemnity as to Martin Franchises, Inc.,

10  no matter how denominated, are barred.  Accordingly, those portion of Spaulding's second amended

11  complaint and those portions of the third party complaints of York Cleaners, Inc. and David Victor

12  Lewis against Martin Franchises, Inc. are hereby dismissed with prejudice.

13      5.      The Court retains continuing jurisdiction over the settlement and the settling parties to

14  resolve any action, adjudication, or dispute related to the settlement.

15      6.      The Court further finds that a settlement fund should be, and hereby is, established, and

16  shall be operated so as to qualify either as a "Designated Settlement Fund" or "Qualified Settlement

17  Fund" pursuant to section 468B of the Internal Revenue Code, 26 U.S.C. § 468B, and the regulations

18  promulgated pursuant thereto and codified at 26 C.F.R. § 1.468B and in accordance with the terms and

19  conditions of the Declaration of Trust for the Miller Avenue Remediation Trust attached hereto as

20  Exhibit 1 and incorporated by reference as though fully set forth herein.

21

22      IT IS SO ORDERED.

23  DATED:  May 11, 2009

24

25

26          UNITED _____ RT JUDGE

27

28



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN ___ CALIFORNIA

[PROPOSED] ORDER RE GOOD FAITH SETTLEMENT DETERMINATION AS TO MARTIN FRANCHISES, INC.
AND ESTABLISHMENT OF THE MILLER AVENUE REMEDIATION TRUST