1  Bret A. Stone (State Bar No. 190161)
   John R. Till (State Bar No. 178763)
2  PALADIN LAW GROUP® LLP
   3757 State Street, Suite 201
3  Santa Barbara, California 93105
   Telephone: (805) 898-9700
4  Facsimile: (805) 880-0499

5  *Counsel for Spaulding*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ESTATE OF VIOLA B. SPAULDING, *et al.*, | Case No. C 08-00672 |
|---|---|
| Plaintiffs, | STIPULATION RE VOLUNTARY DISMISSAL OF SECOND AMENDED COMPLAINT AS TO ESTATE OF BARNARD LEWIS, DECEASED *EX REL.* INSURANCE COMPANY OF THE WEST |
| v. | |
| YORK CLEANERS, INC., *et al.* | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS | Court Rm. 8 on the 19th Floor<br>Hon. Charles R. Breyer |

WHEREAS the Estate of Barnard Lewis, Deceased *ex rel.* Insurance Company of the West has filed a motion to dismiss, or in the alternative, motion for summary judgment on the basis that it has not located an insurance policy for Barnard Lewis, David Victor Lewis, or York Cleaners, Inc.

WHEREAS the Estate of Viola B. Spaulding, Florence Spaulding, Lynn Spaulding doing business as Spaulding Enterprizes, Tina Spaulding Ward doing business as Spaulding Enterprizes, and the Conservatorship of Eileen Spaulding (collectively, "Spaulding") seeks to voluntarily dismiss without prejudice its Second Amended Complaint as to Estate of Barnard Lewis, Deceased *ex rel.* Insurance Company of the West.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, THAT:

1.  Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) Spaulding's Second



Amended Complaint as to Estate of Barnard Lewis, Deceased *ex rel.* Insurance Company of the West is voluntarily dismissed without prejudice.

IT IS SO STIPULATED:

DATED: May 29, 2009                                PALADIN LAW GROUP® LLP


By: ___/S/_____
Bret A. Stone
Counsel for Spaulding


DATED: May 29, 2009                                LAW OFFICES OF CLIFFORD HIRSCH


By: ___/S/_____
Robert V. Closson
Counsel for Estate of Barnard Lewis, Deceased
*ex rel.* Insurance Company of the West

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

