| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
|   | **HANSEN & POULOS, LLP** |
| 2 | Gregory W. Poulos (SBN 131428) |
|   | Courtney M. Crawford (SBN 242567) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.:  415-438-4601 |
| 5 | |
|   | Attorneys for Defendants and Cross-Complainants |
| 6 | YORK CLEANERS, INC., |
|   | a dissolved California Corporation, |
| 7 | ESTATE OF BARNARD LEWIS, deceased, |
|   | and DAVID VICTOR LEWIS, an individual |
| 8 | |

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESTATE OF VIOLA B. SPAULDING, et al., | ) ) | Case No.: C 08-00672 |
| Plaintiffs, | ) ) | **STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| v. | ) ) | |
| YORK CLEANERS, INC., et al. | ) ) | |
| Defendants. | ) ) | |
| | ) | **Date:** Friday, July 31, 2009 |
| | ) | **Time:** ~~08:30 a.m.~~ **10:00 a.m.** |
| AND RELATED COUNTERCLAIMS, CROSS CLAIMS, AND THIRD PARTY CLAIMS. | ) ) ) | **Place:** Courtroom 8, 19th Floor **Judge:** Honorable Charles R. Breyer |
| | ) | |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED**

**PARTIES** that Defendants and Cross-Complainants YORK CLEANERS, INC., a dissolved

California Corporation, ESTATE OF BARNARD LEWIS, deceased, and DAVID VICTOR

LEWIS, an individual's ("Defendants") Motion for Summary Judgment, or Alternatively,

Partial Summary Judgment, currently scheduled for **Friday, July 10, 2009 at ~~8:30~~ 10:00 a.m.** will

be continued to **Friday, July 31, 2009 at ~~8:30~~ 10:00 a.m.**

///

///

///

///

-1- Case No. C 08-00672

**STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

1    The postponement of this hearing date is to allow sufficient time for final settlement
2    discussions between Defendants/Cross-Complainants and Plaintiffs.

3    DATED: July 7, 2009                COX, WOOTTON, GRIFFIN,
                                        HANSEN & POULOS, LLP
4                                       Attorneys for Defendants, YORK
                                        CLEANERS, INC., ESTATE OF
5                                       BARNARD LEWIS and DAVID
                                        VICTOR LEWIS
6

7
                                        By:           /S/
8                                           Gregory W. Poulos
                                            Courtney M. Crawford
9

10   DATED: July 7, 2009                PALADIN LAW GROUP, LLP
11                                      Attorneys for Plaintiffs, LYNN SPAULDING,
                                        et al.
12

13
                                        By:           /S/
14                                          Bret A. Stone
                                            John R. Till
15

16   **IT IS SO ORDERED.**

17

18

19   DATED: July  8 , 2009              _____
20                                      Charles R. Breyer
                                        UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

LEWIS.York