IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VIOLA B. SPAULDING, et al.,<br>              Plaintiffs,<br>v.<br>YORK CLEANERS, INC., et al.<br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS CLAIMS, AND THIRD PARTY CLAIMS. | Case No.: C 08-00672<br>ORDER Re:<br>**STIPULATION OF JOINT DISMISSAL OF SECOND AMENDED COMPLAINT, COUNTER-CLAIM, CROSS-CLAIMS AND THIRD-PARTY COMPLAINT** |

      **IT IS HEREBY STIPULATED** by and between plaintiffs and counter-defendants the Estate of Viola B. Spaulding, Florence Spaulding, Lynn Spaulding doing business as Spaulding Enterprizes, Tina Spaulding Ward doing business as Spaulding Enterprizes, and the Conservatorship of Eileen Spaulding and defendants and counter-claimants York Cleaners, Inc., the Estate of Barnard Lewis, *ex rel* Lumberman's Mutual Insurance Company and David Victor Lewis, through their designated counsel, that pursuant to Fed. R. Civ. Pro. 41 (a)(1)(A)(ii) they do jointly, and voluntarily, dismiss their second amended complaint and counter-claim in the above-captioned action, with prejudice.

      It is further stipulated by and between cross-claimants and cross-defendants York Cleaners, Inc., the Estate of Barnard Lewis, *ex rel* Lumberman's Mutual Insurance Company and David Victor Lewis and cross-defendant and cross-claimant Martin Franchises, Inc. an Ohio Corporation, through their designated counsel, that pursuant to Fed. R. Civ. Pro. 41 (a)(1)(A)(ii) they do jointly, and voluntarily, dismiss their cross-claims in the above-captioned action, with prejudice.

      It is further stipulated by and between cross-claimants and cross-defendants York Cleaners, Inc., the Estate of Barnard Lewis, *ex rel* Lumberman's Mutual Insurance Company and David Victor Lewis and cross-defendant and cross-claimant Cooper Industries, a Delaware Limited Liability Corporation, through their designated counsel, that

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

LEWIS.York

1  pursuant to Fed. R. Civ. Pro. 41 (a)(1)(A)(ii) they do jointly, and voluntarily, dismiss their
2  cross-claims in the above-captioned action, with prejudice.
3      It is further stipulated by and between third-party plaintiff Martin Franchises, Inc., an
4  Ohio corporation, and third-party defendant Cooper Industries, LLC, a Delaware limited
5  liability company, that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), the third-party
6  complaint of Martin Franchises, Inc. against Cooper Industries, LLC is hereby voluntarily
7  dismissed with prejudice.
8      Each party to bear their own costs and fees.

9  DATED: September 03, 2009      COX, WOOTTON, GRIFFIN,
                                             HANSEN & POULOS, LLP
10                                           Attorneys for Third-Party Claimants and
                                             Counter-Defendants, York Cleaners, Inc.,
11                                           Estate of Barnard Lewis and David
                                             Victor Lewis
12

13      By:_____/S/_____
                                                  Gregory W. Poulos
14

15

16 DATED: September 03, 2009      PALADIN LAW GROUP® LLP
                                             Attorneys for Plaintiffs Estate of Viola B.
17                                           Spaulding, Florence Spaulding, Lynn
                                             Spaulding doing business as Spaulding
18                                           Enterprizes, Tina Spaulding Ward doing
                                             business as Spaulding Enterprizes, and the
19                                           Conservatorship of Eileen Spaulding

20

21      By:_____/S/_____
                                                  Bret Stone
22

23

24 DATED: September 03, 2009      GORDON & REES , LLP
                                             Attorneys for Cooper Industries, LLC
25

26

27      By:_____/S/_____
                                                  P. Gerhardt Zacher
28

COX, WOOTTON,
GRIFFIN, HANSEN, &
POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

LEWIS.York

-3-      Case No. C 08-00672
**STIPULATION OF JOINT DISMISSAL OF SECOND AMENDED COMPLAINT, COUNTER-CLAIM , CROSS-CLAIMS**

1

2   DATED: September 03, 2009          SEDGWICK, DETERT, MORAN &
3                                      ARNOLD, LLP
                                       Attorneys for Martin Franchises, Inc.
4

5
                                       By:_____/S/_____
6                                              Robert N. Berg

7

8
    DATED:  September 9, 2009
9

*IT IS SO ORDERED*

*Judge Charles R. Breyer*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

LEWIS.York

-4-                              Case No. C 08-00672
**STIPULATION OF JOINT DISMISSAL OF SECOND AMENDED COMPLAINT, COUNTER-CLAIM , CROSS-CLAIMS**