1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Gregory W. Poulos (SBN 131428)
   Courtney M. Crawford (SBN 242567)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Third-Party Claimants and Counter-
6  Defendants YORK CLEANERS, INC., a dissolved
   California Corporation, ESTATE OF BARNARD
7  LEWIS, *ex rel* Lumberman's Mutual Insurance
   Company, and DAVID VICTOR LEWIS, an
8  individual

9  **WACTOR & WICK LLP**
   William D. Wick (SBN 063462)
10 Anna Nguyen (SBN 226829)
   180 Grand Ave., Suite 950
11 Oakland, CA 94612
   Telephone No.: 510 465-5750
12 Facsimile No.: 510 465-5697

13 Attorneys for Third-Party Defendants and Counter-
   Claimants Augustine Chang and Young Chang
14

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF VIOLA B. SPAULDING, et al., <br><br> Plaintiffs, <br><br> v. <br><br> YORK CLEANERS, INC., et al. <br><br> Defendants. | Case No.: C 08-00672 <br> ORDER <br> **STIPULATION OF JOINT DISMISSAL OF THIRD-PARTY COMPLAINT AND COUNTER-CLAIM** |
| AND RELATED COUNTERCLAIMS, CROSS CLAIMS, AND THIRD PARTY CLAIMS. | |

**IT IS HEREBY STIPULATED** by and between third-party claimants and counter-defendants York Cleaners, Inc., the Estate of Barnard Lewis, *ex rel* Lumberman's Mutual Insurance Company and David Victor Lewis and third-party defendants and counter-claimants Augustine Chang and Young Chang, through their designated counsel, that

-1-

STIPULATION OF JOINT DISMISSAL OF COMPLAINTS

Case No. C 08-00672

1  pursuant to Fed.R.Civ.Pro. 41 (a)(1)(A)(ii) they do jointly, and voluntarily, dismiss their
2  respective third-party complaint and counter-claim in the above-captioned action, with
3  prejudice. Each party to bear their own costs and fees.

4  DATED: August 3, 2009

    COX, WOOTTON, GRIFFIN,
    HANSEN & POULOS, LLP
5  Attorneys for Third-Party Claimants and
    Counter-Defendants, York Cleaners, Inc.,
6  Estate of Barnard Lewis and David
    Victor Lewis

8  By: /s/
    Gregory W. Poulos

10
11 DATED: August 4, 2009

    WACTOR & WICK, LLP
    Attorneys for Third-Party Defendants and
12 Counter-Claimants, Augustine and Young
    Chang
13
14 By: [signature]
    William D. Wick

19
20 DATED: 9/9/09

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON,
GRIFFIN, HANSEN, &
POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601